IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TAMMY BRANTLEY**                                                                                          **PLAINTIFF**

**V.**                                                             **CIVIL ACTION NO.:**  2:22-cv-57-HSO-RHWR

**PAUL NOVAK and JOHN AND JANE**
**DOES PERSONS and ENTITIES 1-10**                                              **DEFENDANTS**

## NOTICE OF REMOVAL

Defendant Paul Novak by and through his undersigned counsel, files this Notice of Removal to remove this action from the County Court of Forrest County, Mississippi to the United States District Court for the Southern District of Mississippi, Eastern Division. Pursuant to said removal, the County Court of Forrest County, Mississippi shall proceed no further with this action. In support of this Notice of Removal, the Defendant submits the following:

1. On April 14, 2022, Plaintiff Tammy Brantley filed a Complaint in the County Court of Forrest County, Mississippi entitled *Tammy Brantley v. Paul Novak and John and Jane Does Persons and Entities 1-10,* Civil Action No.: 22-227.

2. The Plaintiff then served Defendant Paul Novak with a copy of the Complaint and Summons on April 18, 2022. A true and correct copy of all process and pleadings served upon Defendant Paul Novak is attached hereto as Exhibit "1."

3. The Complaint alleges violations of the Fair Housing Act, 42 U.S.C. §3604(a) - §3604(c) as well as 42 U.S.C. §3614(a) and 42 U.S.C. §3617. Therefore, this action is within the

Court's federal question subject matter jurisdiction, 28 U.S.C. §1331 and is removable under 28 U.S.C. §1441(a).

4. This Notice of Removal has been timely filed within thirty (30) days of service of the Complaint on Defendant pursuant to 28 U.S.C. §1446(b)(1).

5. All removal requirements of 28 U.S.C. §1441 and 1446 have been met.

6. Defendant Novak files this Notice of Removal without waiving any objections he may have to jurisdiction or venue, or any other defenses.

7. Pursuant to local Rule 5(b), Defendant has also attached hereto, a complete copy of all process, pleadings and orders filed in the County Court of Forrest County, Mississippi, Civil Action No.: 22-227. (Exhibit "1").

8. A true and correct copy of this Notice will be filed with the Clerk of the Circuit Court of Forrest County, Mississippi.

9. Out of an abundance of caution, Defendant attaches hereto as Exhibit "2," an Answer, Defenses and Motions to Transfer to County Court which was filed in the Justice Court of Forrest County, Mississippi as *Paul Novak v. Tammy Brantley,* Book No. 3208, Page 487. While this pleading references the County Court Complaint, there is no reference in the County Court docket as to a transfer from the Forrest County Justice Court to the County Court of Forrest County, Mississippi.

WHEREFORE, PREMISES CONSIDERED, Paul Novak gives notice that this action has been removed from the County Court of Forrest County, Mississippi to the United States District Court for the Southern District Mississippi, Eastern Division.

RESPECTFULLY SUBMITTED, this the 3rd day of May, A.D., 2022.

PAUL NOVAK, DEFENDANT

BY:   /s/MICHAEL ADELMAN, ESQ.

### CERTIFICATE OF SERVICE

This is to certify that I, Michael Adelman, counsel for Defendant, Paul Novak, filed electronically the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Robert Ogletree, Esq.
1640 Lelia Drive, Suite 105
Jackson, MS 39216

This, the 3rd day of May, A.D., 2022.

/s/MICHAEL ADELMAN, ESQ.

MICHAEL ADELMAN, ESQ.
ADELMAN & STEEN, L.L.P.
POST OFFICE BOX 368
HATTIESBURG, MS 39403-0368
PH: 601/544-8291; FAX: 601/544-1421
MS BAR NO.: 1153
EMAIL: adelst33@aol.com

ATTORNEY FOR PAUL NOVAK, DEFENDANT