IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TAMMY BRANTLEY                        PLAINTIFF

V.                        CIVIL ACTION NO.: 2:22-cv-57-RHWR

PAUL NOVAK and JOHN AND JANE
DOES PERSONS and ENTITIES 1-10                        DEFENDANTS

## JUDGMENT OF DISMISSAL

THIS CAUSE having come before the Court on the joint *ore tenus* Motion requesting that the above-entitled and numbered cause be dismissed with prejudice, and the parties having announced in open court that they have settled and resolved all outstanding issues, and the Court being fully advised in the premises enters the following:

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled and numbered cause should be and hereby is dismissed with prejudice. Each party shall be responsible for his or her attorney fees.

SO ORDERED, ADJUDGED AND DECREED, this the 28th day of June, A.D., 2022.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED:

_____
ROBERT B. OGLETREE, ESQ.
ATTORNEY FOR PLAINTIFF,
TAMMY BRANTLEY

_____
MICHAEL ADELMAN, ESQ.
ATTORNEY FOR DEFENDANT,
PAUL NOVAK